IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YSIDRO MORENO-LOPEZ,

    Petitioner,                   No. CIV S-12-0168 CKD P

  vs.

ERIC HOLDER, JR.,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

_____/

       By an order filed January 30, 2012, petitioner was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On February 2, 2012 and February 8, 2012, petitioner was re-served at his most current address. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

       Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Local Rule 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district
2 judge to this case.
3  IT IS HEREBY RECOMMENDED that this action be dismissed without
4 prejudice.
5  These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
7 one days after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
10 shall be served and filed within fourteen days after service of the objections.  The parties are
11 advised that failure to file objections within the specified time may waive the right to appeal the
12 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 14, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
more0168.fifp